EDMUND TIPALDI, Respondent, *v.* RIVERSIDE MEMORIAL CHAPEL, INC., et al., Appellants and Respondents; J. ALEXANDER STEIN, INC., Appellant, et al., Defendants.

Submitted October 13, 1948; decided October 22, 1948.

*Walter G. Evans, Alexander Orr, Jr.,* and *James H. Brassel* for J. Alexander Stein, Inc., appellant.

*William E. Lyons* for Riverside Memorial Chapel, Inc., and New York Riverside Memorial Chapel, Inc., defendants-appellants and respondents.

*Jacob D. Fuchsberg* and *Harry Youran* for plaintiff-respondent.

Judgment affirmed, with costs to plaintiff against the defendant-appellant J. Alexander Stein, Inc., and with costs to the defendants-respondents, Riverside Memorial Chapel, Inc., and New York Riverside Memorial Chapel, Inc., against the appellant, J. Alexander Stein, Inc. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.